**No. 66320.**—Mabel S. Ingalls v. United States, protest 60/29381 (New York).

Opinion by RICHARDSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

BEFORE THE SECOND DIVISION, DECEMBER 28, 1961

**No. 66321.**—Bailey Mora Co., Inc., a/c Vera Lou Importers, Inc. v. United States, protest 59/18789 (El Paso).

Opinion by FORD, J. In accordance with stipulation of counsel that the correct computation of duty at 15 cents per dozen pieces on the merchandise in question would result in an assessment of duty at $8.75, rather than $87.50, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, DECEMBER 28, 1961

**No. 66322.**—Georgia Peanut Co. and W. J. Byrnes & Co. of N.Y., Inc. v. United States, protests 302642–KS and 305135–KS (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiffs was sustained.